## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID P. EVANS, *et al.* : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No.:   96-2746 (RMU/JMF) |
| : | |
| J. BRIAN ATWOOD, *et al.* : | **FILED** |
| : | |
| Defendants. : | MAR 2 8 2002 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

### ORDER

**ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE FACCIOLA**

It is this 28th day of March, 2002,

**ORDERED** that the Objection of Class Member Delaney is **overruled**; and it is

**FURTHER ORDERED** that the report and recommendation submitted to this court on March 11, 2002 by Magistrate Judge Facciola and the findings made therein are **HEREBY ADOPTED** in total as the opinion of this court.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge

